Certificate Number: 05781-OHS-DE-041305626

Bankruptcy Case Number: 26-51495

05781-OHS-DE-041305626

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2026, at 8:23 o'clock PM PDT, Terrence Hilyard completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: August 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President